# IN THE SUPREME COURT OF THE STATE OF NEVADA

TREVOR JAY SARNOWSKI,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 82804

**FILED**

MAY 11 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a motion to correct an illegal sentence and/or vacate conviction. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

On April 19, 2021, appellant filed a notice of appeal from a purported district court order denying a motion to correct an illegal sentence and/or vacate conviction. However, the district court had not made a decision on appellant's motion at the time of the filing of the notice of appeal.[1] Thus, the notice of appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

---

[1]The district court continued the hearing of appellant's motion to June 8, 2021.

21-13456

cc: Hon. Jerry A. Wiese, District Judge
Trevor Jay Sarnowski
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A